```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 11942
   GRACIE THOMPSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5036

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/05/2007 and was confirmed 09/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

      The case was converted to chapter 7 after confirmation 06/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
LOAN SERVICING GROUP       CURRENT MORTG          .00            .00            .00
LOAN SERVICING GROUP       MORTGAGE ARRE       740.00            .00         740.00
MIDLAND MORTGAGE CO        CURRENT MORTG          .00            .00            .00
MIDFIRST BANK              MORTGAGE ARRE          .00            .00            .00
FIRST PREMIER              UNSECURED        NOT FILED            .00            .00
UNIVERSITY CARDIOLOGISTS   UNSECURED        NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         10642.93            .00         199.53
CHASE AUTO                 UNSECURED        NOT FILED            .00            .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED            .00            .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED            .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED            .00            .00
FIRST PREIMER BANK         UNSECURED        NOT FILED            .00            .00
FORD MOTOR CREDIT          UNSECURED          1807.26            .00          33.88
GE CONSUMER FINANCE        UNSECURED           764.28            .00            .00
ILLINOIS DEPT OF REV       PRIORITY           2718.42            .00         815.53
DIRECTV INC                UNSECURED        NOT FILED            .00            .00
AT&T WIRELESS              UNSECURED           434.92            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           621.27            .00            .00
PEOPLES ENERGY             UNSECURED        NOT FILED            .00            .00
VON MAUR                   UNSECURED           156.53            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           399.88            .00            .00
ILLINOIS DEPT OF REV       UNSECURED           261.42            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,734.00                      2,734.00
TOM VAUGHN                 TRUSTEE                                            333.30
DEBTOR REFUND              REFUND                                              53.76

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 4,910.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11942 GRACIE THOMPSON
```

```
PRIORITY                                                      815.53
SECURED                                                       740.00
UNSECURED                                                     233.41
ADMINISTRATIVE                                              2,734.00
TRUSTEE COMPENSATION                                          333.30
DEBTOR REFUND                                                  53.76
                                       ---------------   ---------------
TOTALS                                        4,910.00          4,910.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 09/08/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 07 B 11942 GRACIE THOMPSON